# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DUANE DEXTER WOULLARD,**

    Petitioner,

v.                                        Case No. 5:20cv220-RV/MAF

**TOMMY FORD, SHERIFF,**

    Respondent.

_____/

## **ORDER**

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated May 25, 2021 (ECF No. 6), that the petition for writ of habeas corpus (ECF No. 1) be dismissed without prejudice for failure to comply with an order of the Court. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED without prejudice**. Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** on this 25th day of June, 2021.

*s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**